PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Rogers         Cr.: 99-00758-001
       PACTS #: 25158

Name of Sentencing Judicial Officer: Honorable Jose L. Linares (as reassigned)

Date of Original Sentence: 12/14/00

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 97 months imprisonment followed by a five-year-term of supervised release

Type of Supervision: Supervised Release      Date Supervision Commenced: 01/06/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On October 14, 2011, the offender was arrested in Belleville, NJ, for giving false information to a police officer. The case is pending in Belleviille Municipal Court. |

U.S. Probation Officer Action:

We recommend no action be taken until a disposition is rendered in Municipal Court. We will continue to monitor the offender's actions and associations and advise the court of the outcome of the pending charge and any additional instances of noncompliance.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 11/30/11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

12/5/11
Date