PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Leroy Rogers                           Cr.: 99-00758-001
                                                        PACTS #: 25158

Name of Sentencing Judicial Officer: Honorable Jose L. Linares (as reassigned)

Date of Original Sentence: 12/14/00

Original Offense: Conspiracy to Distribute Cocaine

Original Sentence: 97 months imprisonment followed by a five-year-term of supervised release

Type of Supervision: Supervised Release           Date Supervision Commenced: 01/06/07

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On October 14, 2011, the offender was arrested in Belleville, NJ, for giving false information to a police officer. On November 30, 2011, he pled guilty to a disorderly charge and was fined $200, and ordered to pay an additional $75 in court costs and penalties. As he cannot afford to satisfy the financial obligations, the offender has alternatively been ordered to complete ten days of community service. |

U.S. Probation Officer Action:

We respectfully recommend that the Court allow the offender to expire from his federal term of supervised release on January 5, 2012 as scheduled.

Respectfully submitted,
By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 12/19/11

*The Court orders the following action:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[✓] Allow expiration of supervision on January 5, 2012 as scheduled

Signature of Judicial Officer

December 19, 2011
Date